CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**, <br><br>  Plaintiff, <br><br>  v. <br><br> **NV AWG, Ltd.,** a Nevada Corporation; <br><br>  Defendants. | **Case No**. 4:21-cv-08011-JSW <br><br> **NOTICE OF DISMISSAL** <br><br> *FRCP 41(a)(1)(A)(i)* |

Please take notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the entire action without prejudice. No defendant has served an answer or a motion for summary judgment.

Dated: August 10, 2022                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Christopher A. Seabock
                                              Christopher A. Seabock
                                              Attorney for Plaintiff